UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO ORTEGA RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE COUNTY OF RIVERSIDE (SHERIFF DEPT.), et al.,<br><br>    Defendants. | Case No. 5:21-01155 GW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Civil Rights Complaint, (Dkt. No. 1), Defendants' Motion to Dismiss, (Dkt. No. 19), the opposing and reply papers, (Dkt. Nos. 24, 25), Defendants' Request for Judicial Notice, (Dkt. No. 26), and the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 30). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.   The Report and Recommendation of United States Magistrate Judge is

accepted, (Dkt. No. 30);

2. The Motion to Dismiss is denied, (Dkt. No. 19); and

3. Defendants must file an answer within 14 days of this Order.

DATED: September 12, 2022

_____
THE HONORABLE GEORGE H. WU
United States District Judge